Clara A. Hotaling v. John W. Hotaling.— Motion granted, with ten dollars costs.

Robert J. Haire v. Joseph J. Hughes.— Motion denied, without costs.

Germania Life Insurance Company v. John V. Signell Company (3 cases).— In each case motion granted, with ten dollars costs.

William Rumpf and Another v. Emma Buhler and Others.— Motion granted, with ten dollars costs.

In the Matter of Opening East One Hundred and Seventy eighth Street.— Motion denied on payment of ten dollars costs and on condition that appellant be ready for February term.

William T. Laing v. Pelton Water Wheel Company.— Motion denied, with ten dollars costs.

Van Kannel Revolving Door Company v. W. & J. Sloane.— Motion denied, without costs.

Samuel W. Peck v. Josephine Peck.— Motion denied, with ten dollars costs.

Benjamin Stern v. Sara Stern.— Motion denied, with ten dollars costs.

State Board of Pharmacy v. Fred Gasau.— Motion for leave to appeal to Court of Appeals granted.

George W. Post, Jr., v. Henry C. M. Ingraham.— Motion for leave to go to Court of Appeals granted and question certified.

Giuseppe Priolo v. Charles H. Southard.— Order resettled.

Samuel Wormser v. William Gehri.— Motion granted on terms stated in memorandum.    Settle order on notice.

Francis J. Maneely v. The City of New York.— Motion granted on terms stated in memorandum.    Settle order on notice.

George A. Treadwell v. William A. Clark.— Motion granted on conditions stated in memorandum.    Settle order on notice.

Harry H. Vought v. James Blaine and Others.— Motion granted on payment of ten dollars costs.    Settle order on notice.

Gottfried Schneider v. Anna M. Schneider.— Motion denied.    Memorandum per curiam.    Settle order on notice.

In the Matter of William F. Randel.— Application denied.

The People of the State of New York, Respondent, v. Louis Delemarre, Appellant.— Judgment and order affirmed, with costs.    No opinion.    (Ingraham, J., dissenting on the ground that the evidence does not connect the defendant with the offence.)

The People of the State of New York ex rel. Maurice Simon, Relator, v. Thomas Darlington and Others, as the Board of Health of the City of New York, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.    No opinion.

George C. Rankin, as Receiver of the Elmira National Bank, Respondent, v. John J. Bush and Others, Appellants.— Judgment affirmed, with costs.    No opinion.    (Ingraham, J., dissenting.)

George W. Tower and Others, Respondents, v. Rose Frey and Others, Appellants, Impleaded with Hannah Vera Frey and Others.— Judgment modified